UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:99-CR-28-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BYRON CARLTON CUMBER, | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Prior to entry of this order, $675.00 paid toward victim restitution in this case was placed into the court's unclaimed funds account after the funds were returned to the court due to an insufficient address for the victim.

The court since has been informed of the victim's current address. Therefore, it is ORDERED that the unclaimed funds in the sum of *six hundred seventy-five dollars* ($675.00) be redirected to the victim restitution fund for payment of restitution in the above-captioned case.

SO ORDERED.

This, the 30th day of December, 2011.

JAMES C. FOX
Senior United States District Judge